IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH SAMSON LOPEZ,  )<br>  )<br>     Petitioner,  )<br>  )<br>  vs.  )<br>  )<br>AUDREY KING,  )<br>  )<br>     Respondent.  )<br>_____) | No. C 12-5254 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br><br><br><br>(Docket No. 4) |

Petitioner, a civilly committed person proceeding *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 29, 2012, the Court issued an order to show cause to Petitioner why the petition should not be dismissed without prejudice because he has not exhausted his state court remedies.  (Doc. No. 3.)  Petitioner has filed a motion for an extension of time to file an objection to the Court's order to show cause.  (Doc. No. 4.)

Petitioner's motion is **GRANTED**.  Petitioner shall file a response to the Court's order to show cause **no later than thirty (30) days** from the date this order is filed.

This order terminates docket number 4.

IT IS SO ORDERED.

DATED: __1/13/13__                              _Lucy H. Koh_____
                                                              LUCY H. KOH
                                                              United States District Judge

Order Granting Motion for Extension of Time
G:\PRO-SE\SJ.LHK\HC.12\Lopez254eot-osc.wpd