IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH SAMSON LOPEST, )<br>                                     )<br>           Petitioner,       )<br>                                     )<br>   vs.                            )<br>                                     )<br>AUDREY KING,              )<br>                                     )<br>           Respondent.   )<br>_____) | No. C 12-5254 LHK (PR)<br><br>JUDGMENT |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/13/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\HC.12\Lopez254jud.wpd